IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:24-CV-00336 |
| Plaintiff, | : | Judge Walter H. Rice |
| v. | : | |
| ONE HUNDRED FORTY-NINE THOUSAND, EIGHT HUNDRED THREE DOLLARS AND 00/100 ($149,803.00) IN UNITED STATES CURRENCY, *et al.*, | : | **ORDER** |
| Defendants. | : | |

This matter is before the Court on the parties' Joint Motion for Stay. (Doc. 14.) The parties seek a stay of the above-captioned case pending resolution of the pending parallel criminal matter pursuant to 18 U.S.C. § 981(g). That statute provides, in relevant part:

> **(1)** Upon the motion of the United States, the court shall stay the civil forfeiture proceeding if the court determines that civil discovery will adversely affect the ability of the Government to conduct a related criminal investigation or the prosecution of a related criminal case.
>
> **(2)** Upon the motion of a claimant, the court shall stay the civil forfeiture proceeding with respect to that claimant if the court determines that—
>
> **(A)** the claimant is the subject of a related criminal investigation or case;
>
> **(B)** the claimant has standing to assert a claim in the civil forfeiture proceeding; and
>
> **(C)** continuation of the forfeiture proceeding will burden the right of the claimant against self-incrimination in the related investigation or case.

The parties represent that there is a parallel criminal matter related to this civil forfeiture proceeding. The United States represents that civil discovery in this matter will adversely affect its ability to conduct the related criminal investigation and/or burden the right of the claimant against self-incrimination in the related investigation or case.

For good cause shown, the parties Joint Motion for Stay is **GRANTED**. The Court hereby **STAYS** the entirety of the above-captioned civil forfeiture proceeding until the conclusion of the related parallel criminal matter. The parties are **ORDERED** to file a status report every 120 days.

**IT IS SO ORDERED.**

Date: 6-24-25

Walter H. Rice
WALTER H. RICE
UNITED STATES DISTRICT JUDGE